# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 17-01988JVS(DFMx) | Date | September 19, 2019 |
| Title | Jose Valenzuela, et al v Walt Disney Parks and Resorts US, Inc, et al | | |

Present: The Honorable  **James V. Selna, US District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On May 6, 2019, Counsel filed a Notice of Settlement and Stipulate to Vacate Dates. The Court signed the parties order on May 8, 2019. To date, no further motions or settlement documents have been filed, and the Courtroom Deputy Clerk has emailed counsel numerous times as to the status of this case.

The Court ORDERS plaintiff(s), to Show Cause (OSC) in writing no later than **September 30, 2019** why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

  **X**   **Motion for Preliminary Approval of Class Action Settlement or other motion re settlement, or a dismissal of this matter**

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint. Fed. R. Civ. P. 4(m)   The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1

Initials of Preparer    lmb