1

**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**

2    Norman B. Blumenthal (State Bar #068687)
     Kyle R. Nordrehaug (State Bar #205975)

3    Aparajit Bhowmik (State Bar #248066)
     Piya Mukherjee (State Bar #274217)

4  2255 Calle Clara
   La Jolla, CA 92037

5  Telephone: (858)551-1223
   Facsimile: (858) 551-1232

6
   Attorneys for Plaintiffs

7

8

9

10

11              **UNITED STATES DISTRICT COURT**

12            **CENTRAL DISTRICT OF CALIFORNIA**

13

14  JOSE VALENZUELA and ERICA        CASE No. 8:17-cv-01988-JVS-DFM
    CHO, individuals, on behalf of

15  themselves, and on behalf of all
    persons similarly situated,       **PLAINTIFFS' NOTICE OF MOTION**

16                                    **AND MOTION FOR PRELIMINARY**
                                      **APPROVAL OF CLASS**

17                                    **SETTLEMENT**

18                  Plaintiffs,
    vs.                              Hearing Date:    November 4, 2019

19                                    Hearing Time:    1:30 p.m.

20  WALT DISNEY PARKS AND            Judge:       Hon. James V. Selna
    RESORTS U.S., INC.; and Does 1   Dept.:       Santa Ana, Courtroom 10C

21  through 50, Inclusive,

22                                    Date Filed: September 22, 2017
                    Defendants.

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on November 4, 2019, at 1:30 p.m. in the United States District Court for the Central District of California, located at the Santa Ana Courthouse, 411 West 4th Street, Santa Ana, California 92701, in Courtroom 10C, before the Honorable James V. Selna, Plaintiffs JOSE VALENZUELA and ERICA CHO (collectively "Plaintiffs") will move for preliminary approval of the proposed Settlement with Defendant Walt Disney Parks and Resorts U.S., Inc. ("Defendant"). This motion is unopposed as based on the Stipulation of Settlement and Release ("Stipulation of Settlement") between the Parties filed concurrently with this motion.

The motion will be based on this Notice of Motion and the Memorandum of Points and Authorities, the Declaration of Kyle Nordrehaug, the argument of counsel and upon such other material contained in the file and pleadings of this action. This motion is filed pursuant to the conference of the Parties pursuant to L.R. 7-3 on September 30, 2019 at which time the Parties agreed to the filing of this unopposed motion.

Respectfully submitted,

Dated: September 30, 2019          BLUMENTHAL NORDREHAUG BHOWMIK
                                   DE BLOUW

                                   By:      */s/ Norman Blumenthal*
                                            Norman B. Blumenthal
                                            Kyle R. Nordrehaug
                                            Attorneys for Plaintiffs