| | |
|---|---|
| 1 | STEPHEN L. BERRY (SB# 101576) |
| | stephenberry@paulhastings.com |
| 2 | BLAKE R. BERTAGNA (SB# 273069) |
| | Blakebertagna@paulhastings.com |
| 3 | PAUL HASTINGS LLP |
| | 695 Town Center Drive |
| 4 | Seventeenth Floor |
| | Costa Mesa, California 92626-1924 |
| 5 | Telephone: 1(714) 668-6200 |
| | Facsimile: 1(714) 979-1921 |
| 6 | |
| 7 | Attorneys for Defendant |
| | WALT DISNEY PARKS AND RESORTS |
| 8 | U.S., INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE VALENZUELA and ERICA CHO, individuals, on behalf of themselves, and on behalf of all persons similarly situated, | | CASE NO. 8:17-cv-01988 JVS(DFMx) |
| | Plaintiffs, | **NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |
| vs. | | |
| WALT DISNEY PARKS AND RESORTS U.S., INC.; and DOES 1 through 50, Inclusive, | | Hearing Date: November 4, 2019<br>Hearing Time: 1:30 P.M.<br>Judge: Hon. James. V. Selna<br>Dept.: Ctrm 10C, Santa Ana |
| | Defendants. | |

TO THE COURT, AND TO PLAINTIFF AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that defendant WALT DISNEY PARKS AND RESORTS, U.S., INC. ("Defendant") does not oppose plaintiff's motion for preliminary approval of class action settlement. Although Defendant vigorously denies any liability in this case on an individual or class-wide basis, Defendant agrees that both sides faced risks, and that the proposed settlement is fair, adequate and reasonable.

DATED: October 11, 2019

PAUL HASTINGS LLP

By:     *//s// Stephen L. Berry*
         STEPHEN L. BERRY

Attorneys for Defendant
WALT DISNEY PARKS AND RESORTS U.S., INC.