**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
  Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VALENZUELA and ERICA CHO, individuals, on behalf of themselves, and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> WALT DISNEY PARKS AND RESORTS U.S., INC.; and Does 1 through 50, Inclusive, <br><br> Defendants. | CASE No. 8:17-cv-01988-JVS-DFM <br><br> **NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** <br><br> Hearing Date:  March 23, 2020 <br> Hearing Time:  1:30 p.m. <br><br> Judge:  Hon. James V. Selna <br> Dept.:  Santa Ana, Courtroom 10C <br><br> Date Filed: September 22, 2017 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on March 23, 2020, at 1:30 p.m. in the United States District Court for the Central District of California, located at the Santa Ana Courthouse, 411 West 4th Street, Santa Ana, California 92701, in Courtroom 10C, before the Honorable James V. Selna, Plaintiffs Jose Valenzuela and Erica Cho (collectively "Plaintiffs") will move for final approval of the proposed class settlement with Defendant Walt Disney Parks and Resorts U.S., Inc. ("Defendant").

This motion is brought in accordance with the Orders dated November 4, 2019 [Doc. No. 65 and 66] and Fed. R. Civ. P. Rule 23(h). This motion is unopposed and based on the Stipulation of Settlement and Release ("Stipulation of Settlement") between the parties filed concurrently with this motion. There have been no objections to the Settlement by any member of the Class.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Norman Blumenthal and attached exhibits, the Declaration of Susanna Webb (the Settlement Administrator), the Declarations of the Plaintiffs, the argument of counsel and upon such other material contained in the file and pleadings of this action.

This motion is made following the conference of counsel pursuant to L.R. 7-3 wherein the parties agreed on the filing of this unopposed motion based upon the Stipulation of Settlement.

Respectfully submitted,

Dated: February 24, 2020   BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW

By:   */s/ Norman Blumenthal*
Norman B. Blumenthal
Kyle R. Nordrehaug
Attorneys for Plaintiffs